UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20470 CIV.-MORENO / TORRES

The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 2008-5201-000441

Robert Lee Scott Jr.
Keela Renee Awosika
Plaintiff(s)

**09-20470**
**CIV-MORENO** 7TORRES

v.

Immigration and Customs Enforcements
Customs and Border Patrol
Earl Natter of I.C.E. Division
Miami Dade Headquarters
Defendant(s)

FILED by _B_ D.C.
FEB 24 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

PETITION ~~ORDER~~ FOR THE RETURN OF PERSONAL SEIZED PROPERTY
(TITLE OF DOCUMENT)

I, Robert Lee Scott Jr. plaintiff or defendant, in the above styled cause, sues defendants Earl Natter of I.C.E division, and U.S. Customs and Border Patrol and Miami Dade Police Headquarters. On May 20, 2008 an amount of 4,699 was confiscated and forfeited administratively by I.C.E. gang and metro Dade police officers. The money supposed to been used for the deposit of my new apartment home and for a vehicle since my fianceé was pregnant and needed transportation to and from doctors appt. and other business related errands. I was arrested for purchasing marijuana which I did not purchase. No marijuana was found on me. I.C.E gang member of Immigration and Custom Enforcement said that my currency smelled like marijuana when the dogs sniffed the money. I was taken in as a buyer just because I was in a drug neighborhood where I left my fiancée why she was doing hair. 4 months pregnant at the time of the incident. We have been trying to get the money back since our court date, even though motions for return of property was granted, no action was taken. We were left homeless, jobless, with no place to go and nobody to turn to and help.

(Rev. 10/2002) Complaint

(Statement of Facts)

Due to all this stress, my fiancee Kelke Twosika went into labor early, was hospitalized a week before the birth of my daughter, from stress, and pregnancy highblood pressure, and also from an assault in the neighborhood we were trying to move from around. My fiance went in labor @ 27 weeks and had a 865 grams baby (1 pound and 15 ounces). My daughter Robinella Earleeyah Scott remained hospitalized at Jackson Holtz Children's Hospital for 73 days. She was born premature and had a lot of complications. She wasn't released until November 25, 2008. We got our first court date for the return of property on October 1, 2008. The case was thrown out earlier in June, 2008 due to no action on the case, but the judge was not aware of the money issue. She thought that the money was given back. So on October 1, 2008, she granted a motion for Return of Property. I pleaded my case before the court and was granted this motion from Judge Norma Linsey. When I received the Order, I took it to Miami Dade Police Headquarters which was where the funds originally suppose to been. They told us if we present them the A-form showing them the amount that was taken we would be returned the property, but instead we was given a property receipt with a joint on it and no money. When I return with the form they told me that they did not have the money and that the FBI had it. My fiance and me contacted the FBI and they told us that they didn't have the money either. They told us that the D.E.A had it. After all the running around we went back to court on October 7, 2008, and was given another order for them to return the money with an order to compell and return the money within 3 days. We went back to Miami Dade Police Headquarters, and they said they couldn't return something they no longer had. They finally told us the ICE had the money and gave us the number to Earl Natter. Everytime we contacted him we never got any response. We finally got a hold to Robert Murphy another agent and he said he would help us. We reported back to Judge Lindsey and told her who had the money so we could get another order to Return Property but she stated that she didn't any jurisdiction

(Rev. 10/2002) General Document

over customs and couldn't order them to return property. We were given some papers at headquarters from their legal department stating that documents was sent to my address where I had an option to forfeit the money myself or respond with in so much time. Those papers were faxed to that office the day we return to headquarters. As you can see a copy of the forms in here. The address is wrong. The paperwork never arrived at my residence. The address is different from what was given at the time of the arrest and the same address is in the computer. They sent it to 13875 NW 27th ave which does exist. We never received any notification about the property seized. We contacted Earl Ratter who gave us the run around for two weeks then stated he couldn't get in touch with department for the papers. Wherefore, I have order the court to have the defendants return the property due to wrongfully seizure. A motion was filed for the seized property and was granted and because the judge didn't have the jurisdiction the money hasn't return. It has been several months now and we still living from pillar to post. All other property has returned.

**Certificate of Service**

I __Robert Lee Scott Jr_____, certify that on this date __February 19, 2008__ a true copy of the foregoing document was mailed to: _____
                                                                           name(s) and address(es)

By: __ROBERT SCOTT JR.__
Printed or typed name of Filer

Signature of Filer

Florida Bar Number

E-mail address

__786 873 8379__
Phone Number

Facsimile Number

__13875 NW 22 AVE APT# 186__
Street Address

__Miami FL 33054__
City, State, Zip Code

Cellular phone, credit cards, identifications, and my fiancee's Lincoln MKX but the money wasn't. They spoke to her like a dog and very nasty when she ask for the money. All Im asking the court to grant the motion to return our property so my family can have some where to rest at night and I can sleep comfortable knowing that they are safe in our own place. This would be a big help for us and just a new start for me.

# COMPLAINT/ARREST AFFIDAVIT

| OBTS NUMBER | | POLICE CASE NO. PD080520.246176 |
|---|---|---|
| SPECIAL OPERATION: OP-17 | ☑ FELONY ☐ MISD ☐ TRAFFIC ☐ JUV ☐ DV ☐ MOVES ☐ CIV INF 084502 ☐ WARRANT FUGITIVE WARRANT: ☐ In state ☐ Out of state | PMHD ☐ Yes ☑ No ☐ Unknown COURT CASE NO. F08-1834 |
| IDS NO. | AGENCY CODE / MUNICIPAL P.D. DEF. ID NO. 30PV | MDPD RECORDS AND ID NO. 0742092 | STUDENT ID NO. | GANG ACTIVITY RELATED ARREST ☐ FRAUD RELATED ARREST ☐ |

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** Scott, Robert L
**ALIAS and / or STREET NAME:**
**SIGNAL:** ☐100 ☐150 ☐200 ☐300 ☐400 ☐500

**DOB:** 07/22/1983 **AGE:** 24 **RACE:** B **SEX:** M ☐ Hispanic ☑ Not Hispanic **ETHNICITY:** AFR **HEIGHT:** 6'3 **WEIGHT:** 190 **HAIR COLOR:** Blk **HAIR LENGTH:** Med **HAIR STYLE:** Brd **EYES:** Bro **GLASSES:** ☐ Yes ☑ No **FACIAL HAIR:** Mus **TEETH:** Nor

**SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES:** L. Upper Arm — Unit Tank Blu Sea—
**PLACE OF BIRTH:** FL

**LOCAL ADDRESS:** 13875 NW 22 AVE 186 Miami FL 33054 **PHONE:** ( )91K **CITIZENSHIP:** US
**PERMANENT ADDRESS:** SAME ☐ HOMELESS ☐ UNKNOWN **OCCUPATION:**
**BUSINESS OR SCHOOL NAME AND ADDRESS:** **PHONE:** ( ) **ADDRESS SOURCE:** ☐ DL ☑ Verbal

**DRIVER'S LICENSE NUMBER / STATE:**
**SOCIAL SECURITY NO.:**
**WEAPON SEIZED?** ☐ Yes ☑ No
**If Def. has Concealed Weapons Permit, PERMIT # W-**
**INDICATION OF:** Y N UNK Alcohol influence ☐ ☑ ☐ Drug influence ☐ ☑ ☐

**ARREST DATE:** 05/20/2008 **ARREST TIME:** 1630 **ARREST LOCATION:** 135 ST NW 31 AVE **GRID:** 0470

**CO-DEFENDANT:**
1. 
2. 
3. 

| CHARGES | CHARGE AS | COUNTS | STATUTE NUMBER | VIOL OF SECT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 1. Poss w/ Marijuana | ☑ F.S. ☐ ORD | 1 | 893.13 | (1)(a) | | | | |
| 2. Poss Marijuana | ☑ F.S. ☐ ORD | 1 | 893.13 | | | | | |
| 3. Resisting w/o Off | ☑ F.S. ☐ ORD | 1 | 843.02 | | | | | |
| 4. DWLS | ☑ F.S. ☐ ORD | 1 | 322.34 | 2 | | | | CASE #: C08-64870CH |

On the **20** day of **May** 20 **08** at **1625** (HHMM) at **13434 Portsaid Rd**

Det Saavedra # 5527 observed a exchange paper money for susp narion with a Blk male narcotics seller. Det gave description/direction & called for a buyer "Take Down". A allowed to leave the area to a 08 Blk Lincoln MKX 'S629UH' at which time A quickly parked the veh & hopped into the passenger seat. Upon taking A into custody he dropped a marijuana joint via R/hand. Without losing

PAGE 1 OF 2

# COMPLAINT/ARREST AFFIDAVIT CONTINUATION

| OBTS NUMBER | | | POLICE CASE NO. PD080520.246176 |
|---|---|---|---|
| JAIL NO. 08-45025 | | COURT CASE NO. F08-1834 | |
| IDS NO. | AGENCY CODE 30 | MUNICIPAL P.D. DEF. ID NO. | MDPD RECORDS AND ID NO. |

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | DOB (MM/DD/YYYY) |
|---|---|
| Scott Robert | 07/22/1983 |

| ADDITIONAL CO-DEFENDANT NAME | DOB | |
|---|---|---|
| 4. | | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |
| 5. | | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |

| ADDITIONAL CHARGES | CHARGE AS | COUNTS | FL STATUTE NUMBER | VIOL. OF SECT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 5. | ☐ F.S. ☐ ORD | | | | | | | |
| 6. | ☐ F.S. ☐ ORD | | | | | | | |
| 7. | ☐ F.S. ☐ ORD | | | | | | | |
| 8. | ☐ F.S. ☐ ORD | | | | | | | |

Site. The Marijuana Joint was recovered. Records check revealed A's Drivers License to be Suspended.

"$4699.°°" was located stuffed/crumbled in a switch in denominations consistent with street level narcotic activity / narcotic pick up.

PAGE 2 OF 2

I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.

OFFICER'S / COMPLAINANT'S SIGNATURE 5701 2384(61)

NAME (Printed) HUEFT / SCHARRELL MDPD
AGENCY NAME

# PROPERTY RECEIPT — MIAMI-DADE POLICE DEPT.

9111 N.W. 25th Street
Miami, Florida 33172
(305) 471-2900

Page ____ of ____

| PEB INVENTORY NO. | Agency Code | | MIAMI-DADE POLICE CASE NO. |
|---|---|---|---|
| DATE-TIME IMPOUNDED | PROPERTY BUREAU LOCATOR CODE | | |
| OTHER DEPT. CASE NO. | OTHER DEPT. PROPERTY LOCATION AND INVENTORY NO. | | FOR PROPERTY AND EVIDENCE BUREAU USE ONLY |

ADDRESS WHERE PROPERTY IMPOUNDED (Give exact location where property was located.) — TYPE OF CASE

| DISCOVERED BY (Name) | ADDRESS | CITY | STATE | TEL # |
|---|---|---|---|---|
| ☐ OWNER  ☑ VICTIM | ADDRESS | CITY | STATE | TEL # |
| ☐ SUBJECT  ☐ SUSPECT | | RACE | SEX | DOB | INCARCERATED ☐YES ☐NO | WARRANT ☐YES ☐NO |

☐ EVIDENCE   ☐ LOST PROPERTY   ☐ ABANDONED PROPERTY   ☐ SAFEKEEPING   ☐ PRISONER PROPERTY
Check one if applicable to EVIDENCE only:   ☐ FORFEITURE/SEE BACK   ☐ FINGERPRINT CARD   ☐ LAB REQUEST

| ITEM NO. | QUANTITY | DESCRIPTION (Article - Brand - Model - Serial No. - Size - Color - Caliber - Barrel - Itemize currency by denomination) | Currency Only Total Face Value $ | PROPERTY BUREAU ONLY |
|---|---|---|---|---|
|  |  |  |  |  |

I HEREBY ACKNOWLEDGE THAT THE ABOVE LIST REPRESENTS ALL PROPERTY TAKEN FROM MY POSSESSION AND THAT I HAVE RECEIVED A COPY OF THIS RECEIPT.

(PRINT AND SIGN) _____

I HEREBY ACKNOWLEDGE THAT THE ABOVE LIST REPRESENTS ALL PROPERTY IMPOUNDED BY ME IN THE OFFICIAL PERFORMANCE OF DUTY AS A DEPUTY SHERIFF / LAW ENFORCEMENT OFFICER.

LEAD INVESTIGATOR   PRINT/SIGN   SECTION/UNIT   BADGE#
IMPOUNDING OFFICER   PRINT/SIGN   DISTRICT   BADGE#

For Property and Evidence Bureau Use Only

| RECEIVED | PRINT NAME | SIGNATURE AND BADGE NO. | REASON | DATE AND TIME RECEIVED |
|---|---|---|---|---|
| RECEIVED | PRINT NAME |  | REASON | DATE AND TIME RECEIVED |
| RECEIVED | PRINT NAME |  | REASON | DATE AND TIME RECEIVED |
| CEIVED | PRINT NAME |  | REASON | DATE AND TIME RECEIVED |
| IVED | PRINT NAME |  | REASON | DATE AND TIME RECEIVED |

(on back)

Transport Officer (s) __F AUSTIN___/_____ ID# 4698 Dept# 30 Taken To CP

Transport Officer (s) _____/_____ ID#_____-____ Dept#_____ Taken To_____

Transport Officer (s) _____/_____ ID#_____-____ Dept#_____ Taken To_____

Does defendant have any signs/complaints of injury? ☐YES ☒NO  Indicate any signs or complaints of injury regardless whether they happened prior to, during, or after arrest, or whether they have any connection to the arrest at all.
(If Yes, complete below data/notify supervisor.)

Explain: _____

_____

Name and Rank of Supervisor Notified: _____

COMPLAINT/ARREST AFFIDAVIT - MDPD RECORDS COPY - REVERSE

**Defendants Vehicle**

| YEAR | MAKE | MODEL | TAG | STATE | VIN | COLOR |
|---|---|---|---|---|---|---|
| 08 | Lincoln | MKX | 562904 | FL | 2LMDU68C68BJ21925 | Blk |

OWNER/DRIVER/DESIGNEE RELEASE FORM & DISCLAIMER OF LIABILITY

Owner/Driver/Designee (O/D/D must read and sign disclaimer of liability if vehicle is left at scene, or removed, or released to O/D/D at scene.

Released to: __Keela Austika__ / __A220-516-83-637-0__ FL  Left on Scene? ☐YES ☒NO
(Print Name - Signature)  D/L #  State

The undersigned certifies that he/she is the legal owner/driver/designee of the vehicle described above. In consideration of being permitted to leave the vehicle mentioned at the location, or removed, or released, the undersigned hereby releases and discharges Miami-Dade County and all of its agents and employees for any damage to, or damage caused, theft of, or theft from, the vehicle described above.

Signature of Owner/Driver/Designee   Signature of Officer Witnessing   5731  ID #

IF YOUR VEHICLE IS PARKED MORE THAN 48 HOURS, IT IS SUBJECT TO BE REMOVED

| | | 209 |
|---|---|---|
| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA. ☑ IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA. | | |
| **DIVISION** ☑ CRIMINAL ☐ TRAFFIC ☐ OTHER | **ORDER FOR THE RETURN OF PERSONAL PROPERTY** | **CASE NUMBER** M08-32434 |
| THE STATE OF FLORIDA Robert L. Scott PLAINTIFF | VS. DEFENDANT | FILED (COURTROOM) OCT 01 2008 CLERK |

THIS CAUSE having come to be heard upon the Motion of the Defendant for the return of his property and the Court having been fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the following property be returned to the Defendant, $4699.00 that was seized by the arrest from the defendant during arrest by the M.D.P.D. w/in 3 days.

DONE AND ORDERED in Dade County, Florida on this 1st day of October, 2008.

OCT - 1 2008

_____
JUDGE

Judge Norma S. Lindsey
County Court Judge

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office. OCT - 1 2008 AD 20
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

CLK/CT 22   REV. 12/94

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
ROBERT LEE SCOTT JR

**(b)** County of Residence of First Listed Plaintiff   MIAMI-DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

### DEFENDANTS
EARL NATTER, CUSTOMS + BORDER PATROL
MIAMI DADE POLICE HEADQUARTER

County of Residence of First Listed Defendant   MIAMI-DADE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

**(d)** Check County Where Action Arose:   ☒ MIAMI-DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

Dade 09CV 20470 - Moreno

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☒ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO   b) Related Cases ☐ YES ☐ NO
JUDGE                         DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 4,699
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
Robert Lee Scott Jr
DATE   Feb. 24, 2009

FOR OFFICE USE ONLY
AMOUNT _____   RECEIPT # _____   IFP   Yes