UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: 09-20470-CIV-MORENO

ROBERT LEE SCOTT JR

Plaintiff(s)

v.

CUSTOM AND BORDER PATROL
EARL NATTER
IMMIGRATION AND CUSTOMS
ENFORCEMENT

Defendant(s)

FILED BY ___ D.C.

MAY 15 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### MOTION TO REQUEST A HEARING, MOTION TO REOPEN, MOTION RETURN MY MONEY
(TITLE OF DOCUMENT)

I, ROBERT LEE SCOTT JR, plaintiff or defendant, in the above styled cause, REQUEST A HEARING FOR THE CASE #09-20470-CIV-MORENO FOR MY RETURN OF MONEY PROPERTY IN THE AMOUNT OF $4,699. THAT WAS WRONGFULLY TOOK BY DEFENDANT EARL NATTER OF CUSTOM AND BORDER PATROL IMMIGRATION AND CUSTOMS ENFORCMENT ICE CUSTOM AGENT DIVISION.
I BEEN HAVING DIFFICULTIES FIGHTING THIS CASE. WHICH I WAS ARREST ON MAY 20 2008 FOR DWLS (DRIVING WHILE LICENSE SUSPENDED) RESISTING W/OUT, POSS MARIJUANA THAT I NEVER DID OR HAD. BUT I WAS DRIVING WHEN THEY RANDOMLY PULL ME OVER. I DO HAVE COPY'S OF ARREST FORM IN WHICH EARL NATTER WROTE THE AMOUNT OF MONEY I HAD ON ME. THIS IS THE CASE # FOR THAT CHARGE'S M08-32434 PD080520246176. EARL NATTER SAID THAT MY MONEY WILL BE IN MY PROPERTY WHEN I GET TO JAIL. BUT THE MONEY NEVER MADE IT OR HE DIDN'T GIVE TO THE TRANSPORTING OFFICER OF MIAMI DADE POLICE DEPARTMENT. THOSE CHARGE'S GOT THROWN OUT AND JUDGE NORMA S. LINDSEY

(Statement of Facts)

County Court Judge Granted an Order form to Return my $4,697. I have copy's of that to. I did get document's from Patrick A. White United States Magistrate Judge for a Report and Recommendation on Plaintiff's Amended Complaint (D.E. No. 11) Filed on April 6 2009. The Magistrate Judge Filed a Report and Recommendations (D.E. No. 16) on April 21, 2009. The Court has Reviewed the entire file and record. The Court has made a De Novo Review of the issues, and being otherwise fully advised in the premises. It is adjudged that United States Magistrate Judge Patrick A. White's Report and Recommendation (D.E. No. 16) on April 21 2009 I Affirmed and Adopted. Accordingly, It is Adjudged that the Amended Complaint is Dismissed Pursuant to 26 U.S.C 1915(E)(2)(B)(ii) for Failure to State a Claim Which Upon Relief May Be Granted Done and Order in Chambers at Miami FL May 11, 2009 By Federico A. Moreno United States District Judge." I was incarcerated at the time of this court date's for a new charge. If you check my Jail record's It should show's. After my release from Jail, I had hard time's trying to deal with my Kid's, Mom, Sister N Brother. Cause they had no place to stay. And I had to work Day N Night just provide for them. I end up doing 17 months in Jail in 2011 to 2012 Aug. So I really didn't have time to reopen this case. From 2015 - 2019 I been dealing with a lot of Death and Being Homeless. This is my first real chance to handle this matter, And I hoping to have a fair chance to deal with this matter and get my property that shouldn't got took in the first place. This has cost me to lose my apartment at the time this accident happen Because that was our Bill Money. But God is good. Thank to who it may concern.

I'AM LOOKING FORWARD TO SOMEONE TO REACH OUT TO ME SOON AS POSSIBLE AT THE BOTTOM OF THIS PAPER INFORMATION THANK'S N GOD BLESS. I'M STAYING AT MY DADS HOUSE FOR THE MOMENT.

## Certificate of Service

I **ROBERT LEE SCOTT JR.**, certify that on this date _____ a true copy of the foregoing document was mailed to: _____

name(s) and address(es)

By:
**ROBERT LEE SCOTT JR.**
Printed or typed name of Filer

Signature of Filer

Florida Bar Number

**786 663 3865**
Phone Number

E-mail address

Facsimile Number

**3153 NW 53ST APT # B**
Street Address

**MIAMI FL 33142**
City, State, Zip Code

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

**DIVISION**
☒ CRIMINAL
☐ TRAFFIC/MISDEMEANOR
☐ OTHER

**ORDER** TO COMPEL MDPD TO RETURN $4,699.00

**CASE NUMBER** M08-32434
PD080520246176

CLOCK IN

THE STATE OF FLORIDA   VS.   Robert L. Scott

**PLAINTIFF**            **DEFENDANT**

FILED (COURTROOM) OCT 07 2008 CLERK

THIS CAUSE having come on before the Court and the Court having been fully advised in the premises, it is thereupon

MDPD SHALL BE COMPELLED TO RETURN $4,699.00 w/in 3 days to

CONSIDERED, ORDERED AND ADJUDGED THAT Mr. Robert L. Scott entered in the above styled cause is hereby

☒ GRANTED
☐ DENIED

OCT 07 2008

DONE AND ORDERED at Miami-Dade County, Florida, this _____ day of _____, 20____.

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office. OCT 07 2008 AD 20___
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

_____
JUDGE

Judge Norma S. Lindsey
County Court Judge